AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
1816 Evans Street, Greensboro, North Carolina

Case No. 1:26MJ 235

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Middle District of North Carolina
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before August 12, 2026 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable Joi Elizabeth Peake.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____________.

Date and time issued: 7/29/2026 12:20pm

Joi Elizabeth Peake
*Judge's signature*

City and state: Winston-Salem, North Carolina

U.S. Magistrate Judge Joi Elizabeth Peake
*Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:26M | 7/30/26 2:42PM | Residence |

Inventory made in the presence of : SA A. Halonen

Inventory of the property taken and name(s) of any person(s) seized:

(4) cell phones
cocaine
marjuana
U.S. currency seized by GPD

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/30/26

[signature]
*Executing officer's signature*

AFF TFO Tracy
*Printed name and title*

**ATTACHMENT A**

**PROPERTY TO BE SEARCHED**

The property to be searched is 1816 Evans Street Greensboro, North Carolina, further described as a two story vinyl house.

The property includes the following vehicles if present at the premises at the time of execution:

-Honda Accord LLW5246

This warrant authorizes the search of 1816 Evans Street Greensboro, North Carolina, and vehicles for the purpose of identifying items described in Attachment B.

The following is a photograph of 1816 Evans Street Greensboro, North Carolina:

1816 Evans Street Greensboro, North Carolina



**ATTACHMENT B**

**ITEMS TO BE SEIZED**

1. The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use, or which is or has been used as the means of committing a criminal offense, namely, violations of **Title 21 USC Section 841(a)(1) and Title 21 USC 846** and involve Christoffer DEBERRY and Chad Stephen MOORE since June 17, 2026, in the form of the following:

a) Firearms, firearms accessories, firearm magazines, firearm parts, firearm tools, firearm packaging, and ammunition.
b) Records, receipts, forms, and any documentation showing ownership, purchase, sale or transfer of firearms or narcotics.
c) Photographs or other documents showing possession, purchase, and use or intended use of firearms and/or ammunition.
d) Books, papers, records, receipts, personal telephone/address directories, telephone billing records, notes, ledgers, documents, airline tickets, travel documents, and other documents indicating ordering, transportation, sale and distribution of controlled substances or other such documents which will contain identifying data on co-conspirators.
e) United States currency.
f) Cameras, photographs, videotapes, surveillance systems, or other images, in particular images of assets, controlled substances, and/or co-conspirators.
g) Cellular telephones, tablets, computers, laptops, digital storage device, or other electronic devices, medium used for facilitation of firearms or

narcotics distribution, which may be seized but a separate warrant will be obtained to search.

h) Packaging material, and other paraphernalia utilized for the sale and distribution of narcotics.

i) Illegal narcotics and prescription drugs in the possession of individuals to which the drugs were not prescribed or that are not contained in the original bottle with prescription label affixed.

j) Documents, financial income statements, utility bills, telephone bills, property receipts, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, escrow documents, statements, identification documents, keys, and bank account records indicating occupancy, residency, and/or ownership of the premises.

k) Rental or lease agreements for storage units and safety deposit boxes where firearms or narcotics may be stored.

l) Safes or secured storage containers, both combination and key type, that could hold documents, devices, and objects such as those described above in this Attachment, and entry into those safes and secured storage containers by force, is authorized by this warrant if such entry cannot easily be achieved by other means, and seizure of the contents, which contain evidence of the commission of the target offense in the forms identified above.